```
NICOLA T. HANNA
United States Attorney
LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
California Bar No. 190414
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2727
     Facsimile:  (213) 894-7177
     E-mail:     jonathan.galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $213,694.00 IN U.S. CURRENCY, ET AL., <br><br> Defendants. | CV 18-3596 RGK-(KSx) <br><br> **STATUS REPORT** |

On April 27, 2018, the Government filed this civil forfeiture action. This action is related to the criminal case *United States v. Richard Scott*, CR 17-00754-RGK. On June 25, 2018, this Court entered a preliminary order of forfeiture ("POF") in the Scott criminal matter, forfeiting Scott's

interest in all of the property named in the criminal case and this civil forfeiture case.

In compliance with the POF, the United States caused to be published on an official government internet site (www.forfeiture.gov) notice of the forfeiture of the specific property listed in the POF and the intent of the United States to dispose of the specific property in accordance with the law and as specified in the POF, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged respective legal interests in the specific property listed in the POF.

In addition, the United States provided written notice, where practicable, to all persons believed to have an alleged interest in the specific property listed in the POF.

On August 28, 2018, the government recognized the interests of the following third-parties in the property listed in the POF:

-First Republic Bank and Renee Sokol in the real property located in Santa Monica, California, APN 4293-019-096;

-PNC Mortgage in the real property located in Santa Monica, California, APN 4293-019-101;

-Bank of the Pacific in One 1991 Ferrari F40 vehicle, VIN ZFFMN34R2M0087589;

-National Cooperative Bank, N.A., fka NCB, FSB ("NCB") in the real property located in Santa Monica, California, APN 4293-020-054; and

-Renee Sokol in One ring with yellow band and two earrings seized from Wells Fargo safe deposit box number 296 on November 16, 2017.

The time for the filing of any other third party claims expired on September 17, 2018. As no other third-party claims remain, the ancillary proceeding has concluded and there are no claims or issues to adjudicate.

On November 6, 2018, the Government filed an application for final orders of forfeiture to finally vest title in the property in the United States. When the final orders are entered by the Court, the Government will move to dismiss this civil forfeiture action as moot.

DATED: November 6, 2018

NICOLA T. HANNA
United States Attorney
LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

    */s/ Jonathan Galatzan*
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America